Bren E. Mollerup, ISB No. 7959
Michael D. Danielson, ISB No. 9672
BENOIT LAW
(BENOIT, ALEXANDER & MOLLERUP, PLLC)
126 2nd Avenue North
P.O. Box 366
Twin Falls, Idaho 83303-0366
Telephone: (208) 733-5463
Fax: (208) 734-1438
Email: mollerup@benoitlaw.com
Email: danielson@benoitlaw.com
iCourt Service Email: benoitlaw@benoitlaw.com
Attorneys for Defendants The Modern Group LTD., Dragon Products, LLC and
Dragon Products, Limited Partnership

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives of the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt,<br><br>        Plaintiffs,<br><br>vs.<br><br>RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X,<br><br>        Defendants. | Case No. _____<br><br><br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A)-1

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT the Defendants, The Modern Group, Ltd., Dragon Products, LLC, and Dragon Products, Limited Partnership, hereby remove to this Court the state court action described below.

1.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1336(a) as complete diversity exists and this is a claim or controversy in excess of $75,000.00, as demonstrated below.

2.    The deceased, Werner Schmitt was a citizen of Idaho at the time of his death.  Pursuant to 28 U.S.C. § 1332(c)(2), "the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent...."  Shawn Schmitt and Jessie Blake are pursuing this action in their capacity as Co-Personal Representatives of the Estate of Werner Schmitt.  Therefore, Plaintiffs Shawn Schmitt and Jessie Blake are deemed to be citizens of Idaho for purposes of a diversity jurisdiction.

3.    Plaintiffs Shawn Schmitt and Alicia Schmitt were citizens of Idaho at the time of the filing of the Complaint.

4.    Plaintiff Jessie Blake was a citizen of Washington at the time of the filing of the Compliant.

5.    Plaintiff Jamie Schmitt was a citizen of South Carolina at the time of the filing of the Complaint.

6.    Plaintiff Michael Schmitt was a citizen of Minnesota at the time of the filing of the Complaint.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A)-2

7.      The Defendant RMC Lamar Holdings, Inc. was a corporation organized under the laws of the State of Colorado with a principal place of business in Colorado at the time of the filing of the Complaint.  Therefore, The Defendant RMC Lamar Holdings, Inc. is a citizen of Colorado for purposes of diversity jurisdiction.

8.      The Defendant The Modern Group, Ltd. was a corporation organized under the laws of the State of Texas with a principal place of business in Texas at the time of the filing of the Complaint. Therefore, the Defendant The Modern Group is a citizen of Texas for purposes of diversity jurisdiction.

9.      The Defendant Dragon Products, LLC, at the time of the filing of the Complaint, had a single member—Dragon Products Group, LLC.  Dragon Products Group, LLC, at the time of the filing of the Complaint, was one hundred percent (100%) owned by The Modern Group, Ltd.  Therefore, the Defendant Dragon Products, LLC is a citizen of Texas for Purposes of diversity jurisdiction.

10.     The Defendant Dragon Products, Limited Partnership, was not in existence at the time of the filing of the Complaint.  It became Dragon Products, LLC in 2016.  As mentioned above, the Defendant Dragon Products, LLC is a citizen of Texas for Purposes of diversity jurisdiction.

11.     As per state statute, Plaintiffs have not pled an actual amount in controversy.  Instead, they have plead, for state court jurisdictional purposes, that the "amount in controversy exceeds the sum of $10,000.00, exclusive of interests and costs."  However, a cursory reading of the Complaint, wherein five heirs and the decedent's estate are suing for wrongful death and claiming both general and special damages such as loss of the decedent's "care, assistance, affection, society, and moral support," as well as "funeral, burial, and other expenses," supports an extremely high likelihood that this is a claim or controversy in excess of $75,000.00.

12.     The Defendant RMC Lamar Holdings, Inc., consents to removal of this case.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A)-3

13.     On or about October 25, 2018, this action was commenced in the District Court of the Seventh Judicial District, State of Idaho, Bonneville County, entitled *Shawn Schmitt and Jessie Blake, Co-Personal Representatives of the Estate of Werner Schmitt, Deceased, Shawn Schmitt, as Heir of Werner Schmitt, Jamie Schmitt, as Heir of Werner Schmitt, Jessie Blake, as Heir of Werner Schmitt, Michael Schmitt, as Heir of Werner Schmitt, and Alicia Schmitt, as Heir of Werner Schmitt v. RMC Lamar Holdings, Inc., a Colorado corporation, doing business as Ranco and Ranco Trailers, The Modern Group, Ltd., a Texas Corporation, Dragon Products, LLC, a Texas Limited Liability Company, Dragon Products, Limited Partnership, an Idaho limited partnership, and Does I through X*, Case No. CV10-18-6124.  A copy of the *Complaint and Demand for Jury Trial* is attached hereto as Exhibit "A."

14.     The first date upon which the Defendant The Modern Group, Ltd received a copy of the *Complaint and Demand for Jury Trial* was November 30, 2018, when said Defendant was served with the Summons and Complaint.  A copy of the Summons and Service of Process Transmittal is attached hereto as Exhibit "B."

15.     The first date upon which the Defendant Dragon Products, LLC received a copy of the *Complaint and Demand for Jury Trial* was November 30, 2018, when said Defendant was served with the Summons and Complaint.  A copy of the Summons and Service of Process Transmittal is attached hereto as Exhibit "C."

16.     The first date upon which the Dragon Products, Limited Partnership received a copy of the *Complaint and Demand for Jury Trial* was November 29, 2018, when said Defendant was served with the Summons and Complaint.  A copy of the Summons and Service of Process Transmittal is attached hereto as Exhibit "D."

17.     A copy of the State court's electronic Docket Sheet/ROA is attached hereto as Exhibit "E."

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A)-4

18.     Written notice is being provided to all adverse parties and State court, contemporaneously herewith.

DATED this _19th_ day of December, 2018.

BENOIT, ALEXANDER & MOLLERUP, PLLC

By_____
                Michael D. Danielson
      Attorneys for Defendants The Modern Group, Ltd.,
      Dragon Products, LLC and Dragon Products

## CERTIFICATE OF SERVICE

I hereby certify that on the _19th_ day of December, 2018, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(a)** to be served upon the following attorneys in the following manner:

| | |
|---|---|
| Michael R. McBride | Hand Delivered ☐ |
| McBRIDE & ROBERTS, ATTORNEYS | U.S. Mail ☐ |
| Signature Law Group, P.L.L.C. | Fax *(208) 525-2552* ☐ |
| 1495 East 17th Street | Email ☐ |
| Idaho Falls, ID 83404 | Electronic Court Filing ☒ |
| **(Attorneys for Plaintiffs)** | information@mcbrideandroberts.com |

| | |
|---|---|
| Jarom A. Whitehead | Hand Delivered ☐ |
| PEDERSEN AND WHITEHEAD | U.S. Mail ☐ |
| P.O. Box 2349 | Fax *(208) 734-2772* ☐ |
| Twin Falls, ID 83303-2349 | Email ☐ |
| **(Attorneys for Plaintiffs)** | Electronic Court Filing ☒ |
| | jwhitehead@pedersen-law.com |

_____
                Michael D. Danielson

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A)-5

# EXHIBIT A

Pickett, Bruce L.

Electronically Filed
10/25/2018 10:25 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Angelica Linares, Deputy Clerk

Michael R. McBride, ISB No. 3037
McBRIDE & ROBERTS, ATTORNEYS
Signature Law Group, P.L.L.C.
1495 East 17th Street
Idaho Falls, Idaho  83404
Telephone:  (208) 525-2552
Facsimile:  (208) 525-5288
information@mcbrideandroberts.com

Jarom A. Whitehead, ISB No. 6656
PEDERSEN AND WHITEHEAD
P.O. Box 2349
Twin Falls, Idaho 83303
Telephone:  (208) 734-2552
Facsimile:  (208) 734-2772
jwhitehead@pedersen-law.com

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives to the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt, <br><br>Plaintiffs, <br><br>v. <br><br>RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X, <br><br>Defendants. | Case No.:CV10-18-6124 <br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

*COMPLAINT AND DEMAND FOR JURY TRIAL - 1*

COME NOW the above-named Plaintiffs, by and through their counsel of record, Michael R. McBride of the law firm MCBRIDE ROBERTS & ROMRELL, ATTORNEYS and Jarom A. Whitehead, of the firm PEDERSEN AND WHITEHEAD, and for a cause of action against the Defendants, complain and allege as follows:

I

That Werner Schmitt, Deceased, was a resident of Idaho Falls, Bonneville County, State of Idaho, at all times pertinent hereto.

II

That Plaintiff Shawn Schmitt and Jessie Blake are heirs to Werner Schmitt and Co-Personal Representatives of his Estate.

III

That Plaintiff Jamie Schmitt is an heir and daughter to Werner Schmitt.

IV

That Plaintiff Michael Schmitt is an heir and son to Werner Schmitt.

V

That Plaintiff Alicia Schmitt is an heir and daughter to Werner Schmitt.

VI

Upon information and belief, at all times herein mentioned, Defendant RMC Lamar Holdings, Inc., is a corporation organized under the laws of the State of Colorado doing business as Ranco and Ranco Trailers in the State of Idaho, out of which this action arises.

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

## VII

Upon information and belief, at all times herein mentioned, Defendant The Modern Group, Ltd. is a Texas corporation doing business in the State of Idaho, out of which this action arises.

## VIII

Upon information and belief, at all times herein mentioned, Defendant Dragon Products, LLC is a Texas Limited Liability Company doing business in the State of Idaho, out of which this action arises.

## IX

Upon information and belief, at all times herein mentioned, Defendant Dragon Products is an Idaho limited partnership doing business in the State of Idaho, out of which this action arises.

## X

Plaintiffs are presently unaware of the identities of all the Defendants identified as Docs I-X. Plaintiffs will amend this Complaint to identify those Defendants, if and when, their identities become known.

## XI

That Informal Probate of the Estate of Werner Schmitt was complete on January 10, 2017 in accordance with Idaho Code § 15–Uniform Probate Code in Bonneville County Case No. CV-2016-6203. Further, that on said date, Shawn Schmitt and Jessie Blake were appointed Co-Personal Representatives of the Estate of Werner Schmitt and therefore has standing to bring this Complaint pursuant to Idaho Code § 5-311.

## XII

This Court has jurisdiction over this matter pursuant to Idaho Code § 1-705.

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

XIII

Venue is appropriate in this Court pursuant to Idaho Code § 5-404.

XIV

The amount in controversy exceeds the sum of $10,000.00, exclusive of interest and costs.

XV

That on or about November 1, 2016, Werner Schmitt was employed as a laborer with Eagle Rock Timber, Inc. who had been contracted to deliver and dump gravel for an expansion of a parking lot near 3855 N. 5th E., Idaho Falls, Bonneville County, State of Idaho.

XVI

That at some time before November 1, 2016, Defendants' designed, produced, manufactured, approved and sold a Ranco trailer VIN 1D9SD4232CR661358 and all belly dump control mechanisms relating to said trailer.

XVII

That on or about November 1, 2016, Werner Schmitt was working on a construction project involving Defendants belly dump trailer where gravel was being dumped close to the edge of pavement.   Due to the close proximity of where the gravel was being dumped, Werner Schmitt was positioned near the rear end of the trailer.

XVIII

That on or about November 1, 2016, Werner Schmitt was running along beside the belly dump trailer in order to work the manual controls when he lost his footing and fell.   The moving rear tire of the belly dump trailer crushed him resulting in his death.

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

## XIX

The wrongful death of Werner Schmitt was caused by a product failure, particularly the failure to warn and/or otherwise safeguard Werner Schmitt or any like operators relating to the danger of manually operating the control panel on Ranco trailer VIN: 1D9SD4232CR661358.

## XX

That Defendants' were negligent in the following as it relates to their Ranco Trailer, VIN: 1D9SD4232CR661358 and all parts attached thereto, including a manual belly dump control mechanism:

1.     In failing to implement a safety design and/or guarding device.

2.     In failing to warn users and operator of dangers associated thereto.

3.     In failing to locate manual belly dump switch in a safe place.

## XXI

That as a direct and proximate cause of Defendants' negligence, Werner Schmitt suffered severe and debilitating injuries resulting in his death.

## XXII

That as a direct and proximate cause of Defendants' negligence, Plaintiff Shawn Schmitt has suffered general damages consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to his general damage in an amount to be proven at trial.

## XXIII

That as a direct and proximate cause of Defendants' negligence, Plaintiff Jamie Schmitt has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance,

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

affection, society and moral support and will continue to suffer hereafter all to her general damage in an amount to be proven at trial.

### XXIV

That as a direct and proximate cause of Defendant's negligence, Plaintiff Jessie Blake has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to her general damage in an amount to be proven at trial.

### XXV

That as a direct and proximate cause of Defendants' negligence, Plaintiff Michael Schmitt has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to his general damage in an amount to be proven at trial.

### XXVI

That as a direct and proximate cause of Defendants' negligence, Plaintiff Alicia Schmitt has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to her general damage in an amount to be proven at trial.

### XXVII

That as a direct and proximate cause of Defendants' negligence, Plaintiffs Shawn Schmitt and Jessie Blake as Co-Personal Representatives of the Estate of Werner Schmitt have incurred special damages including funeral, burial and other expenses, and will continue to suffer hereafter all to their special damage in an amount to be proven at trial.

COMPLAINT AND DEMAND FOR JURY TRIAL - 6

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray judgment against Defendants' as follows:

1.  For general damages in an amount to be proven at trial;

2.  For special damages in an amount to be proven at trial;

3.  For all damages in keeping with Idaho Code § 5-311;

4.  For attorney's fees, costs of suit, and other disbursements as the Court deems equitable.

RESPECTFULLY SUBMTTED this 25th day of October, 2018.

McBRIDE ROBERTS & ROMRELL, ATTORNEYS


By:/s/ Michael R. McBride
   Michael R. McBride
   Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a Court by jury of all issues so triable of right herein.

DATED this 25th day of October, 2018.

McBRIDE ROBERTS & ROMRELL, ATTORNEYS


By: /s/ Michael R. McBride
   Michael R. McBride
   Attorneys for Plaintiffs


COMPLAINT AND DEMAND FOR JURY TRIAL - 7

# EXHIBIT B

Pickett, Bruce L.

11-30-18

Michael R. McBride, ISB No. 3037
MCBRIDE & ROBERTS, ATTORNEYS
Signature Law Group, P.L.L.C.
1495 East 17th Street
Idaho Falls, Idaho  83404
Telephone:  (208) 525-2552
Facsimile:  (208) 525-5288
information@mcbrideandroberts.com

Jarom A. Whitehead, ISB No. 6656
PEDERSEN AND WHITEHEAD
P.O. Box 2349
Twin Falls, Idaho 83303
Telephone:  (208) 734-2552
Facsimile:  (208) 734-2772
jwhitehead@pedersen-law.com

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives to the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt,<br><br>Plaintiffs,<br><br>v.<br><br>RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X,<br><br>Defendants. | Case No.: CV10-18-6124<br><br><br>SUMMONS |

SUMMONS - 1

NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF.   THE COURT
MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU
RESPOND WITHIN 21 DAYS.   READ THE INFORMATION BELOW.

TO:   The Modern Group, Ltd.


You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above-designated Court at 605 N. Capital Avenue, Idaho Falls, Idaho 83402,

(208) 529-1350, within 21 days after service of this Summons on you.   If you fail to so respond

the Court may enter judgment against you as demanded by the Plaintiffs in the Complaint.

A copy of the Complaint is served with this Summons.   If you wish to seek the advice or

representation by an attorney in this matter, you should do so promptly so that your written

response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of

Civil Procedure and shall also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials

of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing

address and telephone number of your attorney.

4.   Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as

designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of

the above-named court.

SUMMONS - 2

WITNESS my hand and the seal of said District Court this 30 day of October _____, 2018.

Penny Manning
Clerk of the District Court

By: _____
Deputy Clerk

SUMMONS - 3

 **CT Corporation**

**Service of Process Transmittal**
11/30/2018
CT Log Number 534495543

TO: Doug Fierce
The Modern Group, LTD.
1655 Louisiana St
Beaumont, TX 77701-1120

RE: **Process Served in Texas**

FOR: The Modern Group, Ltd. (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHAWN SCHMITT, et al., Pltfs. vs. RMC LAMAR HOLDINGS, INC., etc., et al., Dfts. // To: The Modern Group, Ltd. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, First Interrogatories |
| **COURT/AGENCY:** | BONNEVILLE COUNTY - DISTRICT COURT, OH Case # CV10186124 |
| **NATURE OF ACTION:** | Wrongful Death - Failure to Maintain Premises in a Safe Condition - 11/01/2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/30/2018 at 11:51 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days |
| **ATTORNEY(S) / SENDER(S):** | Michael R. McBride Signature Law Group, P.L.L.C. 1495 East 17th Street Idaho Falls, ID 83404 (208) 525-2552 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780125870418 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street Suite 900 Dallas, TX 75201 |
| **TELEPHONE:** | 214-932-3601 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT C

Pickett, Bruce L.                                                11-30-18

Michael R. McBride, ISB No. 3037
MCBRIDE & ROBERTS, ATTORNEYS
Signature Law Group, P.L.L.C.
1495 East 17th Street
Idaho Falls, Idaho  83404
Telephone:  (208) 525-2552
Facsimile:  (208) 525-5288
information@mcbrideandroberts.com

Jarom A. Whitehead, ISB No. 6656
PEDERSEN AND WHITEHEAD
P.O. Box 2349
Twin Falls, Idaho 83303
Telephone:  (208) 734-2552
Facsimile:  (208) 734-2772
jwhitehead@pedersen-law.com

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives to the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt, | Case No.:CV10-18-6124 |
| | |
| Plaintiffs, | **SUMMONS** |
| v. | |
| RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X, | |
| Defendants. | |

SUMMONS - 1

NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF.   THE COURT
MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU
RESPOND WITHIN 21 DAYS.   READ THE INFORMATION BELOW.

TO:   Dragon Products, LLC

You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above-designated Court at 605 N. Capital Avenue, Idaho Falls, Idaho 83402,

(208) 529-1350, within 21 days after service of this Summons on you.   If you fail to so respond

the Court may enter judgment against you as demanded by the Plaintiffs in the Complaint.

A copy of the Complaint is served with this Summons.   If you wish to seek the advice or

representation by an attorney in this matter, you should do so promptly so that your written

response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of

Civil Procedure and shall also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials

of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing

address and telephone number of your attorney.

4.   Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as

designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of

the above-named court.

SUMMONS - 2

WITNESS my hand and the seal of said District Court this 30 day of _____October_____, 2018.


Penny Manning
Clerk of the District Court

By: _____
Deputy Clerk

SUMMONS - 3

 CT Corporation

**Service of Process Transmittal**
11/30/2018
CT Log Number 534496841

TO: Doug Fierce
The Modern Group, LTD.
1655 Louisiana St
Beaumont, TX 77701-1120

RE: **Process Served in Texas**

FOR: Dragon Products, LLC  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | SHAWN SCHMITT, ET AL., PLTFS. vs. RMC LAMAR HOLDINGS, INC., ETC., ET AL., DFTS. // TO: DRAGON PRODUCTS, LLC |
| DOCUMENT(S) SERVED: | SUMMONS, COMPLAINT, INTERROGATORIES |
| COURT/AGENCY: | SEVENTH JUDICIAL DISTRICT COURT-COUNTY OF BANNEVILLE, ID Case # CV10186124 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/01/2016 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/30/2018 at 11:51 |
| JURISDICTION SERVED : | Texas |
| APPEARANCE OR ANSWER DUE: | Within 21 days after service of this Summons on you |
| ATTORNEY(S) / SENDER(S): | MICHAEL R. MCBRIDE MCBRIDE ROBERTS & ROMRELL 1495 EAST 17TH STREET IDAHO FALLS, ID 83404 208-525-2552 |
| REMARKS: | The documents received have been modified to reflect the name of the entity being served. |
| ACTION ITEMS: | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780102705327 |
| SIGNED: | C T Corporation System |
| ADDRESS: | 1999 Bryan Street Suite 900 Dallas, TX 75201 |
| TELEPHONE: | 214-932-3601 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT D

Pickett, Bruce L.

Michael R. McBride, ISB No. 3037
McBRIDE & ROBERTS, ATTORNEYS
Signature Law Group, P.L.L.C.
1495 East 17th Street
Idaho Falls, Idaho   83404
Telephone:   (208) 525-2552
Facsimile:   (208) 525-5288
information@mcbrideandroberts.com

Jarom A. Whitehead, ISB No. 6656
PEDERSEN AND WHITEHEAD
P.O. Box 2349
Twin Falls, Idaho 83303
Telephone:   (208) 734-2552
Facsimile:   (208) 734-2772
jwhitehead@pedersen-law.com

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives to the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt, | Case No. CV10-18-6124 |
| Plaintiffs, | SUMMONS |
| v. | |
| RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X, | |
| Defendants. | |

SUMMONS - 1

NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF.   THE COURT
MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU
RESPOND WITHIN 21 DAYS.   READ THE INFORMATION BELOW.

TO:   Dragon Products

You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above-designated Court at 605 N. Capital Avenue, Idaho Falls, Idaho 83402,

(208) 529-1350, within 21 days after service of this Summons on you.   If you fail to so respond

the Court may enter judgment against you as demanded by the Plaintiffs in the Complaint.

A copy of the Complaint is served with this Summons.   If you wish to seek the advice or

representation by an attorney in this matter, you should do so promptly so that your written

response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of

Civil Procedure and shall also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials

of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing

address and telephone number of your attorney.

4.   Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as

designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of

the above-named court.

SUMMONS - 2

WITNESS my hand and the seal of said District Court this 30 day of October ___, 2018.


                                          Penny Manning
                                          Clerk of the District Court

By: _____
    Deputy Clerk

SUMMONS - 3

 CT Corporation

**Service of Process Transmittal**
11/29/2018
CT Log Number 534485554

TO: Doug Fierce
The Modern Group, LTD.
1655 Louisiana St
Beaumont, TX 77701-1120

RE: **Process Served in Idaho**

FOR: Dragon Products, Ltd.  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives to the ESTATE of WERNER SCHMITT, Deceased, et al., Pltfs. vs. RMC LAMAR HOLDINGS, INC., ETC., ET AL., DFTS. // TO: DRAGON PRODUCTS *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, ATTACHMENT(S), INTERROGATORIES |
| **COURT/AGENCY:** | Bonneville County, Seventh Judicial District, ID Case # CV10186124 |
| **NATURE OF ACTION:** | Wrongful Death - On or about 11/01/2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boise, ID |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/29/2018 at 08:25 |
| **JURISDICTION SERVED :** | Idaho |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the service hereof |
| **ATTORNEY(S) / SENDER(S):** | Jarom A. Whitehead PEDERSEN AND WHITEHEAD P.O. Box 2349 Twin Falls, ID 83303 208-734-2552 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780122654050 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 921 S. Orchard Street Suite G Boise, ID 83705 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / PN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT E

## Case Information

CV10-18-6124 | Shawn Schmitt, Alicia Schmitt, Jamie Schmitt, Jessie Blake, Michael Schmitt Plaintiff, vs. RMC Lamar Holdings, Inc., a Colorado Corporation, The Modern Group, LTD., a Texas Corporation, Dragon Products, LLC, a Texas Limited Liability Company, Dragon Products, Limited Partnership, an Idaho limited partnership Defendant.

| Case Number<br>CV10-18-6124 | Court<br>Bonneville County<br>District Court | Judicial Officer<br>Pickett, Bruce L. |
|---|---|---|
| File Date<br>10/25/2018 | Case Type<br>AA- All Initial District<br>Court Filings (Not E,<br>F, and H1) | Case Status<br>Active - Pending |

## Party

| Plaintiff<br>Schmitt, Shawn Christopher<br><br>DOB<br>XX/XX/1988 | Inactive Attorneys ▾<br>Lead Attorney<br>McBride, Michael<br>R.<br>Retained |
|---|---|
| Plaintiff<br>Schmitt, Alicia R<br><br>DOB<br>XX/XX/1992 | Inactive Attorneys ▾<br>Lead Attorney<br>McBride, Michael<br>R.<br>Retained |
| Plaintiff<br>Schmitt, Jamie Ingrid<br><br>DOB<br>XX/XX/1979 | Inactive Attorneys ▾<br>Lead Attorney<br>McBride, Michael<br>R.<br>Retained |

Plaintiff
Blake, Jessie

Inactive Attorneys▾
Lead Attorney
McBride, Michael
R.
Retained

Plaintiff
Schmitt, Michael J

DOB
XX/XX/1991

Inactive Attorneys▾
Lead Attorney
McBride, Michael
R.
Retained

Defendant
RMC Lamar Holdings, Inc., a Colorado
Corporation

Defendant
The Modern Group, LTD., a Texas Corporation

Defendant
Dragon Products, LLC, a Texas Limited Liability
Company

Defendant
Dragon Products, Limited Partnership, an Idaho
limited partnership

## Events and Hearings

10/25/2018 Initiating Document - District

10/25/2018 Civil Case Information Sheet

10/25/2018 Civil Case Information Sheet

10/25/2018 Civil Case Information Sheet

10/25/2018 Summons Issued

10/25/2018 Summons Issued

10/25/2018 Summons Issued

10/25/2018 Summons Issued

10/25/2018 Complaint Filed

## Financial

Schmitt, Shawn Christopher

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $221.00 |
| Total Payments and Credits | | | | $221.00 |
| 10/30/2018 | Transaction Assessment | | | $221.00 |
| 10/30/2018 | EFile Payment | Receipt # 03648-2018-R10 | Schmitt, Shawn Christopher | ($221.00) |