# EXHIBIT A

Pickett, Bruce L.

Electronically Filed
10/25/2018 10:25 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Angelica Linares, Deputy Clerk

Michael R. McBride, ISB No. 3037
MCBRIDE & ROBERTS, ATTORNEYS
Signature Law Group, P.L.L.C.
1495 East 17th Street
Idaho Falls, Idaho 83404
Telephone: (208) 525-2552
Facsimile: (208) 525-5288
information@mcbrideandroberts.com

Jarom A. Whitehead, ISB No. 6656
PEDERSEN AND WHITEHEAD
P.O. Box 2349
Twin Falls, Idaho 83303
Telephone: (208) 734-2552
Facsimile: (208) 734-2772
jwhitehead@pedersen-law.com

Attorneys for Plaintiffs

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives to the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt,<br><br>Plaintiffs,<br><br>v.<br><br>RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X,<br><br>Defendants. | Case No.:CV10-18-6124<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

COME NOW the above-named Plaintiffs, by and through their counsel of record, Michael R. McBride of the law firm MCBRIDE ROBERTS & ROMRELL, ATTORNEYS and Jarom A. Whitehead, of the firm PEDERSEN AND WHITEHEAD, and for a cause of action against the Defendants, complain and allege as follows:

I

That Werner Schmitt, Deceased, was a resident of Idaho Falls, Bonneville County, State of Idaho, at all times pertinent hereto.

II

That Plaintiff Shawn Schmitt and Jessie Blake are heirs to Werner Schmitt and Co-Personal Representatives of his Estate.

III

That Plaintiff Jamie Schmitt is an heir and daughter to Werner Schmitt.

IV

That Plaintiff Michael Schmitt is an heir and son to Werner Schmitt.

V

That Plaintiff Alicia Schmitt is an heir and daughter to Werner Schmitt.

VI

Upon information and belief, at all times herein mentioned, Defendant RMC Lamar Holdings, Inc., is a corporation organized under the laws of the State of Colorado doing business as Ranco and Ranco Trailers in the State of Idaho, out of which this action arises.

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

### VII

Upon information and belief, at all times herein mentioned, Defendant The Modem Group, Ltd. is a Texas corporation doing business in the State of Idaho, out of which this action arises.

### VIII

Upon information and belief, at all times herein mentioned, Defendant Dragon Products, LLC is a Texas Limited Liability Company doing business in the State of Idaho, out of which this action arises.

### IX

Upon information and belief, at all times herein mentioned, Defendant Dragon Products is an Idaho limited partnership doing business in the State of Idaho, out of which this action arises.

### X

Plaintiffs are presently unaware of the identities of all the Defendants identified as Does I-X. Plaintiffs will amend this Complaint to identify those Defendants, if and when, their identities become known.

### XI

That Informal Probate of the Estate of Werner Schmitt was complete on January 10, 2017 in accordance with Idaho Code § 15–Uniform Probate Code in Bonneville County Case No. CV-2016-6203. Further, that on said date, Shawn Schmitt and Jessie Blake were appointed Co-Personal Representatives of the Estate of Werner Schmitt and therefore has standing to bring this Complaint pursuant to Idaho Code § 5-311.

### XII

This Court has jurisdiction over this matter pursuant to Idaho Code § 1-705.

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

### XIII

Venue is appropriate in this Court pursuant to Idaho Code § 5-404.

### XIV

The amount in controversy exceeds the sum of $10,000.00, exclusive of interest and costs.

### XV

That on or about November 1, 2016, Werner Schmitt was employed as a laborer with Eagle Rock Timber, Inc. who had been contracted to deliver and dump gravel for an expansion of a parking lot near 3855 N. 5th E., Idaho Falls, Bonneville County, State of Idaho.

### XVI

That at some time before November 1, 2016, Defendants' designed, produced, manufactured, approved and sold a Ranco trailer VIN 1D9SD4232CR661358 and all belly dump control mechanisms relating to said trailer.

### XVII

That on or about November 1, 2016, Werner Schmitt was working on a construction project involving Defendants belly dump trailer where gravel was being dumped close to the edge of pavement. Due to the close proximity of where the gravel was being dumped, Werner Schmitt was positioned near the rear end of the trailer.

### XVIII

That on or about November 1, 2016, Werner Schmitt was running along beside the belly dump trailer in order to work the manual controls when he lost his footing and fell. The moving rear tire of the belly dump trailer crushed him resulting in his death.

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

### XIX

The wrongful death of Werner Schmitt was caused by a product failure, particularly the failure to warn and/or otherwise safeguard Werner Schmitt or any like operators relating to the danger of manually operating the control panel on Ranco trailer VIN: 1D9SD4232CR661358.

### XX

That Defendants' were negligent in the following as it relates to their Ranco Trailer, VIN: 1D9SD4232CR661358 and all parts attached thereto, including a manual belly dump control mechanism:

1. In failing to implement a safety design and/or guarding device.

2. In failing to warn users and operator of dangers associated thereto.

3. In failing to locate manual belly dump switch in a safe place.

### XXI

That as a direct and proximate cause of Defendants' negligence, Werner Schmitt suffered severe and debilitating injuries resulting in his death.

### XXII

That as a direct and proximate cause of Defendants' negligence, Plaintiff Shawn Schmitt has suffered general damages consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to his general damage in an amount to be proven at trial.

### XXIII

That as a direct and proximate cause of Defendants' negligence, Plaintiff Jamie Schmitt has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance,

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

affection, society and moral support and will continue to suffer hereafter all to her general damage in an amount to be proven at trial.

### XXIV

That as a direct and proximate cause of Defendant's negligence, Plaintiff Jessie Blake has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to her general damage in an amount to be proven at trial.

### XXV

That as a direct and proximate cause of Defendants' negligence, Plaintiff Michael Schmitt has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to his general damage in an amount to be proven at trial.

### XXVI

That as a direct and proximate cause of Defendants' negligence, Plaintiff Alicia Schmitt has suffered general damage consisting of loss of Decedent, Werner Schmitt's care, assistance, affection, society and moral support and will continue to suffer hereafter all to her general damage in an amount to be proven at trial.

### XXVII

That as a direct and proximate cause of Defendants' negligence, Plaintiffs Shawn Schmitt and Jessie Blake as Co-Personal Representatives of the Estate of Werner Schmitt have incurred special damages including funeral, burial and other expenses, and will continue to suffer hereafter all to their special damage in an amount to be proven at trial.

COMPLAINT AND DEMAND FOR JURY TRIAL - 6

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray judgment against Defendants' as follows:

1. For general damages in an amount to be proven at trial;

2. For special damages in an amount to be proven at trial;

3. For all damages in keeping with Idaho Code § 5-311;

4. For attorney's fees, costs of suit, and other disbursements as the Court deems equitable.

RESPECTFULLY SUBMTTED this 25th day of October, 2018.

McBRIDE ROBERTS & ROMRELL, ATTORNEYS

By:/s/ Michael R. McBride
Michael R. McBride
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a Court by jury of all issues so triable of right herein.

DATED this 25th day of October, 2018.

McBRIDE ROBERTS & ROMRELL, ATTORNEYS

By: /s/ Michael R. McBride
Michael R. McBride
Attorneys for Plaintiffs

COMPLAINT AND DEMAND FOR JURY TRIAL - 7