UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives of the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X,<br><br>  Defendants. | Case No. 4:18-cv-00558-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon reading and filing the parties' Stipulation, and good cause appearing for the issuance of an Order;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is fully settled and compromised and is hereby dismissed with prejudice, each party to bear their own costs and fees.

DATED: August 4, 2022

David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE -1