UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN SCHMITT and JESSIE BLAKE, Co-Personal Representatives of the ESTATE of WERNER SCHMITT, Deceased, SHAWN SCHMITT, as Heir of Werner Schmitt, JAMIE SCHMITT, as Heir of Werner Schmitt, JESSIE BLAKE, as Heir of Werner Schmitt, MICHAEL SCHMITT, as Heir of Werner Schmitt, and ALICIA SCHMITT, as Heir of Werner Schmitt, | Case No. 4:18-cv-00558-DCN<br><br>**ORDER EXTENDING DISMISSAL DEADLINE** |
| Plaintiffs, | |
| vs. | |
| RMC LAMAR HOLDINGS, INC., a Colorado corporation, doing business as RANCO and RANCO TRAILERS, THE MODERN GROUP, LTD., a Texas corporation, DRAGON PRODUCTS, LLC, a Texas Limited Liability Company, DRAGON PRODUCTS, Limited Partnership, an Idaho limited partnership, and DOES I THROUGH X, | |
| Defendants. | |

For good cause shown, based on the Stipulated Motion to Extend Dismissal Deadline of the parties;

ORDER EXTENDING DISMISSAL DEADLINE - 1

IT IS HEREBY ORDERED that the deadline to file the settlement papers is extended to August 10, 2022.

DATED: August 4, 2022

David C. Nye
Chief U.S. District Court Judge

ORDER EXTENDING DISMISSAL DEADLINE - 2